## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

ERICA MONTOYA, on behalf of
herself and all others similarly
situated,

     Plaintiff,

v.                   Case No. 1:21-cv-00339-JFR-KRS

GOOGLE, LLC and GOOGLE
PAYMENT CORP.,

     Defendants.

## ORDER GRANTING JOINT MOTION TO STAY DEFENDANTS'
## RESPONSE DATE TO COMPLAINT AND FURTHER PROCEEDINGS

THIS MATTER comes before the Court on the Parties' Joint Motion to Stay Defendants'

Response Date to Complaint and Further Proceedings by reason of a pending motion to transfer

this case to a multi-district litigation proceeding, In Re Google Play Store Simulated Casino-Style

Games Litigation, MDL Case No. 3001, pending in the U.S. District Court for the Northern District

of California; and the Court having considered the Motion and being otherwise advised finds that

the Motion is well-taken and should be granted.

IT IS THEREFORE ORDERED that Defendants' response date to respond to the

Complaint, and all further proceedings in this matter, are hereby stayed pending further order of

the Court.

_____
Honorable Kevin R. Sweazea
United States Magistrate Judge

1

Submitted by:

**MILLER STRATVERT P.A.**

By: */s/ Richard L. Alvidrez*
   Richard L. Alvidrez
P.O. Box 25687
Albuquerque, New Mexico 87125
Telephone:  (505) 842-1950
Facsimile:  (505) 243-4408
ralvidrez@mstlaw.com

Bradford K. Newman
Alexander G. Davis
**BAKER & McKENZIE LLP**
600 Hansen Way
Palo Alto, California 94304
Telephone: (650) 856-2400
Facsimile:  (650) 856-9299
Email: Bradford.Newman@bakermckenzie.com
alexander.davis@bakermckenzie.com

Teresa H. Michaud
**BAKER & McKENZIE LLP**
10250 Constellation Boulevard, Suite 1850
Los Angeles, California 90067
Telephone: (310) 201-4728
Facsimile:  (310) 201-4721
Email:  teresa.michaud@bakermckenzie.com

*Attorneys for Defendants Google, LLC*
*And Google Payment Corp.*

**KENNEDY KENNEDY & IVES, PC**

By: *Electronic approval on May 13, 2021*
   Joseph P. Kennedy
1000 2nd Street NW
Albuquerque, New Mexico 87102
Telephone:  (505) 244-1400
Facsimile: (505) 244-1406
jpk@civilrightslaw.com

and

Dargan M. Ware
**DAVIS & NORRIS, LLP***
The Bradshaw House
2154 Highland Avenue
Birmingham, Alabama 35205
Telephone:  (205) 930-9900
Facsimile: (205) 930-9989
dware@davisnorris.com

**Pro Hac Vice* Applications to be filed

*Attorneys for Plaintiff Erica Montoya*